UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2020
```

DEVITO VERDI, INC.,

               Plaintiff,

-against-

GARDNER-WHITE FURNITURE COMPANY, INC,

               Defendant.

1:20-cv-1046 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       This case was removed on February 6, 2020 [ECF #1]. The Court signed two proposed stipulations and orders extending time for Defendant to respond to Plaintiff's complaint based on the parties' representation that they were attempting to reach a settlement [ECF #10, 14]. The existing deadline for Defendant to respond to the complaint was March 20, 2020, but Defendant has not filed an answer, and Plaintiff has not moved for a default judgment. Accordingly, IT IS HEREBY ORDERED that any motion for a default judgment is due by May 27, 2020. Any opposition is due June 3, 2020. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil. Failure to move for a default judgment may result in dismissal of this case for failure to prosecute.

**SO ORDERED.**

**Date:  May 21, 2020**
       **New York, NY**

                                       **MARY KAY VYSKOCIL**
                                       **United States District Judge**